# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**J & J SPORTS PRODUCTIONS, INC.**                                    **PLAINTIFF**

**v.**                    **Case No. 4:17-cv-00277-KGB**

**MIGUEL A. RAMIREZ,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the stipulated judgment filed on May 15, 2019, it is considered, ordered, and adjudged that judgment is entered in the amount of $24,000.00, inclusive of attorneys' fees and costs, in favor of J & J Sports Productions, Inc. and against defendants Miguel A. Ramirez and MNK Inc. d/b/a MNK Arkangel Event Center. Accordingly, the action is dismissed in accordance with the parties' stipulated judgment (Dkt. No. 42).

So adjudged this 16th day of July, 2019.

_____
Kristine G. Baker
United States District Judge